## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ROBERT F. THOMPSON, AS PRINCIPAL, ET AL.**                    **PETITIONER**

**VS.**                    **CASE NO. 3:08CV00180 JMM**

**UNITED STATES OF AMERICA**                    **DEFENDANT**

### ORDER

For good cause shown, petitioner's Motion to Stay Summons Pending Motion to Quash is granted (#2). The proceedings on the IRS Summons at issue are stayed until the United States has had sufficient time to respond to the petition and the Court has made its decision.

IT IS SO ORDERED THIS 14 day of November, 2008.

James M. Moody
United States District Judge