IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT F. THOMPSON, AS PRINCIPAL:
BRANCH, THOMPSON, PHILHOURS,
WARMATH, PA                                                                    PETITIONER

VS.                            CASE NO. 3:08CV00180 JMM

UNITED STATES OF AMERICA                                              RESPONDENT

JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the Petition to Quash be, and is hereby, dismissed.

IT IS SO ORDERED this __23__ day of January, 2009.

_____
James M. Moody
United States District Judge